
 
 
 500 P.3d 381 (Mem)In Re: Francisco LOPEZ-MORALES, Plaintiff,v.Eliana A. CHAVEZ, Defendant.Supreme Court Case No: 2021SA2 Supreme Court of Colorado.DATE FILED: April 29, 2021ORDER OF COURTUpon further consideration of the above captioned matter and now being sufficiently advised in the premises,We conclude that we issued the January 6, 2021 Rule to Show Cause improvidently; therefore,IT IS ORDERED that the original proceeding before this Court is DISMISSED. We return jurisdiction in this matter to the Adams County District Court for further proceedings in the underlying action.
 
